## RETURN OF SERVICE

**State of US DISTRICT CT**                                                                                     **County of Middle Dist of Florida**

Case Number: 21-CV-02591

Plaintiff:
**NIEMA BULLOCK,**

vs.

Defendant:
**LIGHTNING RETAIL COMPANY
d/b/a "7-ELEVEN, INC.STORE #38437A"**

For:
LEE LAW PLLC
6530 TAMPA EXECUTIVE AIRPORT RD
#227
TAMPA, FL 33610

Received by FAITHFUL PROCESS on the 8th day of November, 2021 at 6:59 pm to be served on **LIGHTNING RETAIL COMPANY CORPORATE CREATIONS NETWORK INC., 801 US HIGHWAY 1, NORTH PALM BEACH,, FL 33408**.

I, DONALD AUSTIN, do hereby affirm that on the **18th day of November, 2021** at **1:15 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **LISA C** as MANAGER AT PRINCIPLE PLACE OF BUISNESS  : **802 DR MLK JR BLVD, TAMPA, FL 33606** on behalf of  **LIGHTNING RETAIL COMPANY CORPORATE CREATIONS NETWORK INC.,** and informed said person of the contents therein, in compliance with Florida Statutes, Chapter 48.091.

**Additional Information pertaining to this Service:**
11/10/2021  10:50 am  Attempted service at 801 US HIGHWAY 1, NORTH PALM BEACH,, FL 33408, Non served address. Spoke to Tammy Rose who advised they are not the Registered Agent. She provided the registered agent name and address, Carlos Peirats 591 Luzon Ave Tampa Fl 36606.
11/18/2021  1:15 pm  802 E MLK JR BLVD TAMPA FL. Served the manager on duty at Principle Place of Business  who confirmed Carlos owns the store per Statute

I certify that I am over the age of 18, have no interest in the above action, and/or  a Certified Process Server where applicable, in good standing, in the judicial circuit in which the process was served.  Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct.  Pursuant to Florida Statute 92.525(2), no notary is required.

**DONALD AUSTIN**
07-634993

**FAITHFUL PROCESS
P.O. Box 172998
Tampa, FL 33672
(813) 223-2255**

Our Job Serial Number: FFP-2021000787

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z