# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**NIEMA BULLOCK,**

                                                 Case Number: 8:21-cv-2591

    **Plaintiff,**

v.

**LIGHTNING RETAIL COMPANY**
d/b/a "7–ELEVEN STORE #38437A"

    **Defendant.**

_____/

## REPORT REGARDING SETTLEMENT

The Parties, by and through their undersigned counsel, hereby notify the Court that the Parties participated in a settlement conference on January 7, 2022. Despite the Parties' best efforts, this matter did not resolve during the settlement conference. The Parties have exhausted all settlement efforts and will immediately file a case management report.

                            Respectfully submitted,

                            Kyle J. Lee, Esq.
                            Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via CM/ECF, on this 4th day of February, 2022.

                                          /S/ Kyle J. Lee
                                          Kyle J. Lee, Esq.
                                          FLBN: 105321
                                          LEE LAW, PLLC
                                          1971 West Lumsden Road, Suite 303
                                          Brandon, Florida 33511
                                          Telephone: (813) 343-2813
                                          Kyle@KyleLeeLaw.com
                                          Info@KyleLeeLaw.com